IN THE SUPREME COURT OF THE
STATE OF OREGON

| | | |
|---|---|---|
| In the Matter of the Compensation of Charles R. Gode, Claimant. | ) ) ) | Agency No. 00-06287 |
| CHARLES R. GODE, | ) | |
| Petitioner, Petitioner on Review, | ) ) ) | |
| v. | ) ) | SC   S49200 CA   A113261 |
| SAIF CORPORATION and ARMSTRONG MFG. CO., | ) ) ) | |
| Respondents, Respondents on Review. | ) ) ) | ORDER VACATING AND REMANDING FOR FURTHER CONSIDERATION |

Upon consideration by the court.

The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for further consideration in light of *SAIF v. Lewis*, 335 Or 92, 58 P3d 814 (2002).

Dated this 6th day of March 2003 .


_____
WALLACE P. CARSON, JR.
CHIEF JUSTICE